UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Judie Cooper
v.
Dept. of Social Services

CIVIL ACTION
NO.

COMPLAINT and PRELIMINARY INJUNCTION

1. I the plaintiff Judie Cooper live at 1389 Cranberry Hwy, Wareham, Mass.

2. The defendant is the Dept. of Social Services

3. They are part of the State Government.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1331

5. On Nov. 19, 04 The Dept. of S.S. plans on moving my granddaughter to yet another school district. This is a move she wishes not to make. The attorney that was appointed to her by the probate court has ignored my granddaughters calls and pleas for help. She has begged for someone to honor her rights, to no avail. She is fourteen. The dept. of Social Services knows that I am persuing permemant custody by choice of my granddaughter. Because I speak up to the D.S.S. we get no where. I need to speak up

to them for some of the reasons as follows

A- my grandson had a second degree cigerette burn on his back and DSS just closed the case.

B- they left my granddaughter in the same underware for 5 days. They left her with no coat for over three weeks untill I told them I would call the newspaper. Instead of seeing the lack of concearn on my daughters part over her daughter, they yelled at me for suppling clothes, medician, and school supplies.

C- the D.S.S. has refuced to investagate any proposals that I in fact am the one who took care of my grandchildren. They also refuse requests from my self and my granddaughter for visits.

8- I request that this court grant me a restraining order to prevent the Dept. of Social Services to move my granddaughter Brittney Westcott to yet another school district. She does not have the ability to adjust easily to academic changes. I further request this court to order the Dept. of Social Services to stop abusing their decresionary powers.

Judie Cooper
Judie Cooper
P.O. Box 8175
New Bedford, Mass 02742
508-7599246