my grandchildren have been exposed to domestic violence and drug abuse. DSS could not of gotten police reports or they did and still ignored the childrens needs. My granddaughter has been cutting and piercing herself DSS has done nothing about her emotional needs. Her worker has not been to see her for five weeks and will not take what I tell her into consideration. They D.S.S., completly ignore all of her requests to the point of not telling her who her attorney is. The attorneys for D.S.S. have not responded to my requests for a conversation, even though we are to proceed to probate court. I've gone to probate court with these problems, they told me I have to go to D.SS. This seems to be our last resort, I honestly feel our rights are being

violated by the Dept. of Soocial Services. They will not allow me to file a formal complaint or appeal. My granddaughter is being abused and neglected in their care. If there is any laws that protect my grandchilds rights as to her stability and whishes to visit with me, and my right of appeal, I beg this court to uphold them.