```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


JUDIE COOPER,                  )
            Plaintiff,         )
                               ) C.A. No. 04-12443-WGY
       v.                      )
                               )
DEPARTMENT OF SOCIAL SERVICES, )
                Defendant.     )
```

## ORDER OF DISMISSAL

YOUNG, C.J.

   On November 23, 2004 this Court issued an Order directing the Plaintiff to show cause why this case should not be dismissed for lack of jurisdiction. To date, Plaintiff has failed to file a response to that Order.

   Accordingly, for Plaintiff's failure to comply with the November 23, 2004 Order, and for the reasons set forth in that Order, it is hereby ORDERED that the above captioned matter is DISMISSED in its entirety. The case shall be terminated on the docket as a pending case in this Court.

                              BY THE COURT,

                              /s/ Elizabeth Smith
                                 Deputy Clerk
Dated: December 30, 2004

1